UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-CV-20185-JEM

ALONZO JOSUEE ARELLANO, *and all others similarly situated under 29 U.S.C. 216(B)*,

        Plaintiff,

vs.

L.O. FLORIST SUPPLIES, L.L.C.,
MARIANELLA JOSEFINA SALAS,
OSWALDO PERNIA

        Defendants.

## STATEMENT OF CLAIM

Plaintiff, by and through the undersigned counsel and files his Statement of Claim and states as follows

**Period of time #1: January 16, 2014 – October 15, 2015**

- Number of Weeks in Period: 91 Weeks
- Average Hours: 59
- Rate of Pay: $14.40 per hour
- Overtime Rate: $7.70
- Overtime Claimed: (91 weeks * 19 hours per week of overtime * $7.70 overtime rate) = $13,313.30
- Liquidated Damages Claimed: $13,313.30.
- Total Claimed for This Period: (13,313.30 + 13,313.30) = $26,626.60

**Period of time #2: October 16, 2015 – January 16, 2017**[1]

- Number of Weeks in Period: 65 Weeks

- Average Hours: 59

- Rate of Pay: $16.20 per hour

- Overtime Rate: $8.60

- Overtime Claimed: (65 weeks * 19 hours per week of overtime * 8.60 overtime rate) = $10,621.00

- Liquidated Damages Claimed: $10,621.00.

- Total Claimed for This Period: ($10,621.00 + $10,621.00) = $21,242.00


- Total Amount Claimed: ($26,626.60 + $21,242.00) = **$47,868.60 + Attorneys Fees and Costs**

Dated this 2nd day of February, 2017.

                                                    Respectfully Submitted,

                                                    J.H. Zidell, P.A.
*Attorneys for Plaintiff*
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By: /s/ Neil Tobak
Neil Tobak, Esq.
Florida Bar Number: 93940

---

[1] Date is set for when complaint was filed, however, is ongoing as Plaintiff is still working for Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that as of February 6, 2017 that this matter has been filed with the CM/ECF system for the United States District Court for the Southern District of Florida, and served by CM/ECF on all counsel or parties of record.

Respectfully Submitted,

J.H. Zidell, P.A.
*Attorneys for Plaintiff*
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By: /s/ Neil Tobak
Neil Tobak, Esq.
Florida Bar Number: 93940