UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-CV-20185-JEM

ALONZO JOSUEE ARELLANO, MIGUEL ANGEL CAMEJO MUJICA, NICOLAS RAFAEL MORANTE VERENZUELA *and all others similarly situated under 29 U.S.C. 216(B)*,

          Plaintiff,

vs.

L.O. FLORIST SUPPLIES, L.L.C., MARIANELLA JOSEFINA SALAS, OSWALDO PERNIA

          Defendants.

_____

## FIRST AMENDED STATEMENT OF CLAIM

Plaintiffs, by and through the undersigned counsel file their statement of claim below.

### Plaintiff: ALONZO JOSUEE ARELLANO

### Period of time #1: January 16, 2014 – October 15, 2015

- Number of Weeks in Period: 91 Weeks

- Average Hours: 59

- Rate of Pay: $14.40 per hour

- Overtime Rate: $7.70

- Overtime Claimed: (91 weeks) x (19 hours per week of overtime) x ($7.70 overtime rate)

  = $13,313.30

- Liquidated Damages Claimed: $13,313.30.

- Total Claimed for This Period: (13,313.30 x 2) = $26,626.60

**Period of time #2: October 16, 2015 – January 16, 2017**[1]

- Number of Weeks in Period: 65 Weeks

- Average Hours: 59

- Rate of Pay: $16.20 per hour

- Overtime Rate: $8.60

- Overtime Claimed: (65 weeks) x (19 hours per week of overtime) x ($8.60 overtime rate) = $10,621.00

- Liquidated Damages Claimed: $10,621.00.

- Total Claimed for This Period: ($10,621.00 x 2 ) = $21,242.00


- Total Amount Claimed for Alonzo Josuee Arellano: ($26,626.60 + $21,242.00) = **$47,868.60 + Attorneys' Fees and Costs**

**Plaintiff: MIGUEL ANGEL CAMEJO MUJICA**

**Period of time #1: June 6, 2015 – August 6, 2015**

- Number of Weeks in Period: 8 Weeks (Rounded Down)

- Average Hours: 56

- Rate of Pay: $8.93 per hour

- Overtime Rate: $4.47

- Overtime Claimed: (8 weeks) x (16 hours per week of overtime) x ($4.47 overtime rate) = $572.16

- Liquidated Damages Claimed: $572.16.

- Total Claimed for This Period: ($572.16 x 2) = $1,144.32)

---

[1] Date is set for when complaint was filed, however, is ongoing as Plaintiff is still working for Defendant.

**Period of time #2: August 7, 2015 – February 31, 2016**

- Number of Weeks in Period: 29 Weeks (Rounded Down)
- Average Hours: 56
- Rate of Pay: $10.27 per hour
- Overtime Rate: $5.14
- Overtime Claimed: (29 weeks) x (16 hours per week of overtime) x ($5.14 overtime rate) = $2,384.96
- Liquidated Damages Claimed: $2,384.96.
- Total Claimed for This Period: ($2,384.96 x 2) = $4,769.92)

**Period of time #3: March 1, 2016 – June 17, 2016**

- Number of Weeks in Period: 15 Weeks (Rounded Down)
- Average Hours: 56
- Rate of Pay: $12.50 per hour
- Overtime Rate: $6.25
- Overtime Claimed: (15 weeks) x (16 hours per week of overtime) x ($6.25 overtime rate) = $1,500.00
- Liquidated Damages Claimed: $1,500.00.
- Total Claimed for This Period: ($1,500.00 x 2) = $3,000.00)

Total Amount Claimed for Miguel Angel Camejo Mujica: ($1,144.32 + $4,769.92 + $3,000.00) =

**$8,914.24 + Attorneys' Fees and Costs**

**Plaintiff: NICOLAS RAFAEL MORANTE VERENZUELA**

**Period of time #1: August 4, 2014 – October 4, 2014**

- Number of Weeks in Period: 8 Weeks (Rounded Down)
- Average Hours: 56
- Rate of Pay: $8.57 per hour
- Overtime Rate: $4.29
- Overtime Claimed: (8 weeks) x (16 hours per week of overtime) x ($4.29 overtime rate) = $549.12
- Liquidated Damages Claimed: $549.12
- Total Claimed for This Period: ($549.12 x 2) = $1,089.24

**Period of time #2: October 5, 2014 – March 31, 2015**

- Number of Weeks in Period: 25 Weeks (Rounded Down)
- Average Hours: 56
- Rate of Pay: $8.93 per hour
- Overtime Rate: $4.47
- Overtime Claimed: (25 weeks) x (16 hours per week of overtime) x ($4.47 overtime rate) $1,788.00
- Liquidated Damages Claimed: $1,788.00
- Total Claimed for This Period: ($1,788.00 x 2) = $3,576.00

**Period of time #3: April 1, 2015 – December 31, 2015**

- Number of Weeks in Period: 39 Weeks (Rounded Down)
- Average Hours: 56

- Rate of Pay: $12.14 per hour

- Overtime Rate: $6.07

- Overtime Claimed: (39 weeks) x (16 hours per week of overtime) x ($6.07 overtime rate) = $3.787.68

- Liquidated Damages Claimed: $3.787.68

- Total Claimed for This Period: ($3.787.68 x 2) = $7,575.36

**Period of time #4: January 1, 2016 – May 29, 2016**

- Number of Weeks in Period: 31 Weeks

- Average Hours: 56

- Rate of Pay: $13.93 per hour

- Overtime Rate: $6.97

- Overtime Claimed: (31 weeks) x (16 hours per week of overtime) x ($6.97 overtime rate) = $3.457.12

- Liquidated Damages Claimed: $3.457.12

- Total Claimed for This Period: ($3.457.12 x 2) = $6,914.24

Total Amount Claimed for Nicolas Rafael Morante Verenzuela: ($1,089.24 + $3,576.00 + $7,575.36 +6,914.24) = **$19,154.84** + **Attorneys' Fees and Costs**


Total Amount Claimed for All Plaintiffs: (**$47,868.60** + **$8,914.24** + **$19,154.84) = $75,937.68** + **Attorneys' Fees and Costs**

Dated this 20th day of February, 2017.

        Respectfully Submitted,

        J.H. Zidell, P.A.
        *Attorneys for Plaintiff*
        300 71st Street, Suite 605
        Miami Beach, Florida 33141
        Tel: (305) 865-6766
        Fax: (305) 865-7167

        By: /s/ Neil Tobak
        Neil Tobak, Esq.
        Florida Bar Number: 93940

## CERTIFICATE OF SERVICE

I hereby certify that as of February 20, 2017 that this matter has been filed with the CM/ECF system for the United States District Court for the Southern District of Florida, and served by CM/ECF on all counsel or parties of record.

        Respectfully Submitted,

        J.H. Zidell, P.A.
        *Attorneys for Plaintiff*
        300 71st Street, Suite 605
        Miami Beach, Florida 33141
        Tel: (305) 865-6766
        Fax: (305) 865-7167

        By: /s/ Neil Tobak
        Neil Tobak, Esq.
        Florida Bar Number: 93940