UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 17-20185-CIV-MARTINEZ-GOODMAN

ALONZO JOSUEE ARELLANO and all others
similarly situated under 29 U.S.C. 216(b),
    Plaintiff,
vs.

L.O. FLORIST SUPPLIES, L.L.C., et al.,
    Defendants.
_____/

## ORDER OF REFERENCE TO MAGISTRATE JUDGE
## FOR PRELIMINARY STATUS CONFERENCE

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is referred to United States Magistrate Judge **Jonathan Goodman** for a preliminary status conference.

DONE AND ORDERED in Chambers at Miami, Florida, this 18 day of April, 2017.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record