UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-CV-20185-MARTINEZ/GOODMAN

ALONZO JOSUEE ARELLANO

    Plaintiff,

v.

L.O. FLORIST SUPPLIES, L.L.C. et al.

    Defendant

_____/

**ORDER SETTING PRELIMINARY STATUS CONFERENCE**

This cause is set for a telephonic status conference before the Undersigned for **May 22, 2017 at 2:00 p.m.** No Counsel shall appear in person. **Counsel shall contact the Court 5 minutes prior to the hearing time of 2:00 p.m.** by calling the following toll-free number:

1. **1-888-684-8852;**

2. **Enter Access Code Number 8004594 followed by the # sign; and**

3. **Enter Security Code Number 1213 followed by the # sign.**

Counsel is advised that other attorneys from other cases will be attending the telephonic conference at the same time. The Undersigned shall take a short role call at the beginning of the conference.

The conference should not last more than fifteen to twenty minutes. **Cell phone use is NOT permitted.** Counsel shall phone in timely to the conference call. Attorneys who

phone in late, even by one or two minutes, will likely miss some of the substantive comments.

**DONE AND ORDERED** in Chambers, Miami, Florida on May 9, 2017.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to**:
The Honorable Jose E. Martinez
All counsel of record