UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case No. 17-20185-cv-MARTINEZ/GOODMAN

ALONZO JOSUEE ARELLANO,
MIGUEL ANGEL CAMEJO MUJICA,
NICOLAS RAFAEL MORANTE VERENZUELA,
and others similarly situated,

    Plaintiffs,
v.

L.O. FLORIST SUPPLIES, L.L.C.,
MARIANELLA JOSEFINA SALAS,
OSWALDO PERNIA,

    Defendants.
_____/

## JOINT MOTION FOR EXTENSION OF ALL DEADLINES AND TO RE-SET TRIAL

The parties, through their respective undersigned counsel, jointly move the Court to extend all deadlines and to re-set the trial period and as grounds for the relief sought state:

1. The Court issued its trial order on May 10, 2017 providing the parties four months to complete discovery.

2. Counsel for the parties have experienced great difficulty scheduling the depositions of the principal witnesses (three plaintiffs and three defendants) due to previously scheduled matters on their calendars to meet cut-offs and deadlines set by other judges[1] as well as other pre-existing personal and professional commitments.[2] The parties also believe there may be other witnesses whose

---

[1] Counsel for the parties are opposing counsel in several pending wage and hour cases in the Southern District.

[2] Examples are that defense counsel recently underwent surgery to remove a large

identity will become known through discovery whose depositions need to be taken.

3. Due to these issues, the parties will be unable to identify and name all trial witnesses by the August 9, 2017 cut-off set by the Court and may encounter the same difficulty in setting dates for, and obtaining service on, third party witnesses whose depositions must be taken by the current discovery cut-off of 9/13/17.

4. The parties believe that a sixty (60) day extension of these cut-offs will allow them sufficient time to complete discovery and better determine the witnesses who must be named for trial.

5. The need for additional time to complete discovery also means that this case will not be ready for trial during the trial period set by the Court. Thus, the parties respectfully request that the Court extend all pre-trial deadlines by sixty (60) days and re-set the two-week trial period to January, 2018 or as may be otherwise convenient to the Court.

6. This motion is not being interposed for the purposes of delay but to address the prejudice each party will suffer (due to circumstances beyond their control) as a result of having insufficient time to complete discovery and be prepared to try this case.

---

skin cancer. One of her eyes was bandaged for a week due to a skin graft. Post-surgery, she developed issues with the wounds. She saw the surgeon three times since the surgery in May and also underwent an evaluation for hyperbaric wound treatment. Another appointment with the surgeon is scheduled for 7/12/17. At the same time defense counsel experienced dental issues. She has been to the dentist three times in June and has a follow-up visit scheduled for 7/10/17. Defense counsel must accompany her husband to a neurologist appointment on 6/27/17. Defense counsel was required to attend the Florida Bar Convention on 6/22/17 to chair a meeting of the Labor & Employment Section of the Florida Bar.

## **MEMORANDUM OF LAW**

The Court has discretion to grant enlargements and to amend its scheduling order when good cause is shown. *See Johnson v. Bd. of Regents of Univ. Ga.*, 263 F.3d 1417 (11th Cir. 2011); *See also, Sosa v. Airport Systems, Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998); *Michael Grecco Photography, Inc. v. Everett Collection, Inc.*, No. 07-CIV-8171, 2008 WL 4580024, *3-4 (S.D.N.Y. 10/14/08). The circumstances presented above constitute good cause to justify an extension under Fed.RCP 16(b)(2) and *Hetzel v. Bethlehem Steel Corp.*, 50 F.3d 360 (5th Cir. 1995) because the need for the delay was not caused by the parties' lack of due diligence.  The requested enlargement would permit the opportunity for discovery on both sides which may lead to clarification and narrowing of issues at trial.

WHEREFORE, the parties respectfully move the Court to grant the relief sought in this joint motion and extend all deadlines by sixty (60) days and re-schedule trial to January, 2018 or a time otherwise convenient to the Court.

Dated:  6/23/17

Respectfully Submitted,

| | |
|---|---|
| J.H.  ZIDELL, P.A. | LANGBEIN AND LANGBEIN, P.A.. |
| 300 71st Street, Ste. 605 | 8181 NW 154th Street, Suite 105 |
| Miami Beach, Florida 33141 | Miami Lakes, Florida 33016 |
| Telephone: (305) 865-6766 | Tel: (305) 556-3663 |
| Facsimile: (305) 865-7167 | Fax: (305) 556-3647 |
| Email:  ntobak@gmail.com | Email: langbeinpa@bellsouth.net |
| *Counsel for Plaintiffs* | *Attorneys for Defendants* |
| | |
| By:   /s/  Neil Tobak | By:  /s/ Leslie Langbein |
|      Neil Tobak, Esq. |       Leslie W. Langbein, Esq. |
|      Fla Bar No. 93940 |        Fla. Bar No. 305391 |