UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20185-CIV-JEM

ALONZO JOSUEE ARELLANO, MIGUEL )
ANGEL CAMEJO MUJICA, NICOLAS )
RAFAEL MORANTE VERENZUELA and )
all others similarly situated under 29 U.S.C. )
216(B), )
               )
    Plaintiff, )
vs. )
               )
L.O. FLORIST SUPPLIES, L.L.C., )
MARIANELLA JOSEFINA SALAS, )
OSWALDO PERNIA, )
               )
    Defendants. )
_____)

## AMENDED NOTICE OF HEARING BEFORE THE HONORABLE MAGISTRATE JUDGE JONATHAN GOODMAN

  PLEASE TAKE NOTICE that the undersigned attorney for the Plaintiff will call to be heard on the Court's discovery calendar before the HONORABLE MAGISTRATE JUDGE JONATHAN GOODMAN, at the 11th Floor of the James Lawrence King Federal Justice Building, 99 Northeast Fourth Street, Miami, FL 33132, on September 8, 2017, at 3:30 p.m.

1. On June 8, 2017, Plaintiffs served Defendants with their Re-Notice of Taking Defendants' Depositions to occur on the mutually agreed upon date and time of July 14, 2017. Defendants failed to appear as properly Noticed for said depositions and, as such, Plaintiffs incurred fees in relation to preparation for same along with costs associated with the translator and Court Reporter who issued a Certificate of Non-Appearance for same.

2. Further, Plaintiffs move for a Protective Order for their depositions set to occur as

1

follows:

Plaintiff ALONZO JOSUEE ARELLANO on July 17, 2017;

Plaintiff MIGUEL ANGEL CAMEJO MUJICA on July 18, 2017;

Plaintiff NICOLAS RAFAEL MORANTE VERENZUELA on July 19, 2017.

3. Plaintiffs seek all fees and costs in relation to the fees and costs accrued in relation to preparation for Defendants' deposition, the translator, and Court Reporter, and all related work.

## CERTIFICATE OF CONFERRAL

The Parties conferred during the depositions and attempted to resolve same during the course of the deposition (the Parties went off the record for a portion of their communications on this issue). Plaintiff will withdraw the instant Notice should the Parties be able to resolve the dispute herein.

> Respectfully submitted,
>
> J. H. ZIDELL, P.A.
> ATTORNEYS FOR PLAINTIFF
> 300-71ST STREET, SUITE 605
> MIAMI BEACH, FLORIDA 33141
> 305-865-6766
> 305-865-7167
>
> By:_s/ Neil Tobak, Esq. ___
>   Neil Tobak, Esquire
>   Florida Bar No.: 093940

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA EMAIL ON 7/14/17 TO:**

**LESLIE W. LANGBEIN, ESQ.
LANGBEIN & LANGBEIN**

2

**8181 NW 154 STREET, SUITE 105**
**MIAMI LAKES, FL 33016**
**305-556-3663**
**FAX: 556-3647**
**EMAIL: LANGBEINPA@BELLSOUTH.NET**

**BY:__/s/____Neil Tobak_____**
**NEIL TOBAK, ESQ.**