UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20185-CIV-JEM

ALONZO JOSUEE ARELLANO, MIGUEL ANGEL CAMEJO MUJICA, NICOLAS RAFAEL MORANTE VERENZUELA and all others similarly situated under 29 U.S.C. 216(B),

   Plaintiff,

vs.

L.O. FLORIST SUPPLIES, L.L.C., MARIANELLA JOSEFINA SALAS, OSWALDO PERNIA,

   Defendants.

_____

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL GOOD CAUSE REGARDING [DE34]**

  Come Now the Plaintiffs, by and through undersigned counsel, and hereby file Plaintiffs' Supplemental Good Cause in support of the Parties' Joint Motion for Extension of all Deadlines and to Re-Set Trial, jointly filed by the Parties as [DE34], and in support thereof states as follows.

1. The Court has discretion to grant enlargements and to amend its scheduling order when good cause is shown. *See Johnson v. Bd. of Regents of Univ. Ga.*, 263 F.3d 1417 (11th Cir. 2011); *See also, Sosa v. Airport Systems, Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998); *Michael Grecco Photography, Inc. v. Everett Collection, Inc.*, No. 07-CIV-8171, 2008 WL 4580024, *3-4 (S.D.N.Y. 10/14/08). The foregoing should constitute additional good cause shown, in conjunction with the good cause set forth in the jointly filed Motion [DE34], to justify an extension under FRCP 6 and *Hetzel v. Bethlehem Steel Corp*., 50 F.3d 360 (5th Cir. 1995).

2. Plaintiffs have moved the Court to Compel Defendants to better respond and to provide all responsive documents to written discovery (i.e. Request for Production, Request for Admissions, Interrogatories) on the earliest date the Court and the Parties had available on September 8, 2017, before the Honorable Magistrate Judge Jonathan Goodman. [DE36].

3. Subsequent to the discovery disputes arising between the Parties regarding written discovery, Defendants' failed to appear for their depositions as properly noticed on the mutually agreed to date of July 14, 2017. As such, Plaintiffs' court reporter issued a Certificate of Non-Appearance for Defendants' failure to appear for their depositions as properly noticed on the mutually agreed to date of July 14, 2017. *See,* Exhibit "A".

4. Due to Defendants' failure to appear for their depositions, as properly noticed and mutually agreed to, Plaintiffs filed their Amended Notice of Hearing (after conferring with Chambers and Defendants) and added the issue of Defendants' non-appearance for their depositions and for sanctions to the issues to be heard before the Court on September 8, 2017, before the Honorable Magistrate Judge Jonathan Goodman. [DE37]. Moreover, Plaintiffs' have moved for a Protective Order for Plaintiffs' depositions. *Id.*

5. As set forth in the Scheduling Order [DE28], discovery deadline is currently set for September 13, 2017, only 3 business days after said hearing.

6. Due to the aforesaid, should the Court grant Plaintiffs' Motions, Plaintiff will need an opportunity to depose Defendants, obtain better responses and all response documents to Plaintiffs' written discovery, and conduct relevant follow-up discovery to same, which will necessitate additional time to complete discovery.

7. The Court should find the aforesaid constitutes good cause shown to justify the requested extension. The requested enlargement is not sought for purposes of delay and would permit the aforesaid issues to be resolved thereby possibly clarifying and narrowing the issues for Trial.

WHEREFORE, Plaintiffs respectfully request the Court take Judicial Notice of Plaintiffs' Supplemental Good Cause in support of the Parties' Joint Motion for Extension of all Deadlines and to Re-Set Trial, jointly filed by the Parties as [DE34], and extend all deadlines by sixty (60) days and re-schedule trial to January, 2018 or a time otherwise convenient to the Court.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Neil Tobak, Esq. ___
Neil Tobak, Esquire
Florida Bar No.: 093940

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 7/18/17 TO:**

**Leslie W. Langbein, Esq.**
**Langbein & Langbein**
**8181 NW 154 Street, Suite 105**
**Miami Lakes, FL 33016**
**305-556-3663**
**Fax: 556-3647**
**Email: langbeinpa@bellsouth.net**

**BY:\_\_\_/s/\_\_\_Neil Tobak_____**
**Neil Tobak, ESQ.**