UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 17-20185-CIV-MARTINEZ-GOODMAN

ALONZO JOSUEE ARELLANO and all others
similarly situated under 29 U.S.C. 216(b),
    Plaintiff,
vs.

L.O. FLORIST SUPPLIES, L.L.C., et al.,
    Defendants.
_____/

## ORDER RESETTING TRIAL AND CERTAIN PRETRIAL DEADLINES

THIS CAUSE came before the Court upon the parties' Joint Motion for Extension of All Deadlines and to Reset Trial [ECF No. 34]. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

1. The parties' Joint Motion for Extension of All Deadlines and to Reset Trial [ECF No. 34] is **GRANTED in part** as set forth herein. The previous trial date is hereby **CANCELLED**.

2. Trial is rescheduled to commence during the two-week period beginning **Monday, February 5, 2018** before Jose E. Martinez, United States District Judge, 400 N. Miami Avenue, Courtroom 10-1, Miami, Florida. Calendar call will be held on **Thursday, February 1, 2018, at 1:30 p.m.** at the same location.

3. The following pretrial deadlines are reset:

| | |
|---|---|
| 09-28-2017 | Parties must join any additional parties, file motions to amend the complaint, and file motions for class certification. |
| 10-10-2017 | Parties shall exchange expert witness summaries and reports. |
| 10-18-2017 | Parties shall exchange written lists containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify. |
| 10-30-2017 | Parties shall exchange rebuttal expert witness summaries and reports. |

| | |
|---|---|
| Note: | These provisions pertaining to <u>expert</u> witnesses do not apply to treating physicians, psychologists or other health providers. |
| 11-17-2017 | A mediator must be selected. |
| 11-22-2017 | All discovery, including expert discovery, shall be completed. |
| 11-27-2017 | All *Daubert*, summary judgment, and other dispositive motions must be filed. |
| Note: | In the event that there are any unresolved discovery motions pending fifteen days prior to this date, the moving party shall immediately advise the Court of all such unresolved motions together with their status. |
| 12-27-2017 | Mediation shall be completed. |
| 01-08-2018 | All pretrial motions and memoranda of law,[1] such as motions in limine, must be filed. |
| 01-16-2018 | Joint Pretrial Stipulation and deposition designations must be filed. The deadlines for objections to deposition designations, counter-designations, and rebuttal designations are set forth in paragraph 5 of the Court's original Scheduling Order [ECF No. 28]. |
| 01-29-2018 | Proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law must be filed. |
| 01-31-2018 | Proposed voir dire questions must be filed. |

The Court's Order Setting Civil Trial Date and Pretrial Schedule [ECF No. 28] shall otherwise remain in full force and effect.

DONE AND ORDERED in Chambers at Miami, Florida, this __28__ day of July, 2017.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman; All Counsel of Record

---

[1]This deadline does not pertain to *Daubert*, summary judgment, and other dispositive motions as a specific deadline has already been provided for these motions.